AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
ROBERTSON, RICHARD K

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00285-AGH

Case No. GM1 E2722484

USM No.

Pro Se
Defendant's Attorney

**THE DEFENDANT:** ROBERTSON, RICHARD K

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-2-8 | Expired Registration | 04/13/2026 | 1 |
| OCGA § 40-6-181 | Excessive Speed | 04/13/2026 | 2 |

☑ Count(s) 2 ☑ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $90.00 | $ 10.00 | $ 50.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1093

Defendant's Year of Birth: 1999

City and State of Defendant's Residence:
FORT BENNING, GA

08/12/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick
Name and Title of Judge

08/12/2026
Date